UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**MICHAEL F. JOHNSON**              DOCKET NO. 6:09-cv-1907

V.                                  SECTION "P"

**WARDEN KEITH DEVILLE**            JUDGE MELANÇON

                                    MAGISTRATE JUDGE HILL

## ORDER

On November 5, 2009, *pro se* petitioner, Michael F. Johnson, filed the instant petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. Petitioner is incarcerated at the J. Levy Dabadie Correctional Center in Pineville, Louisiana. However, he attacks his conviction for possession of cocaine, entered in Louisiana's Twenty-First Judicial District Court for Livingston Parish, Louisiana. Since the petition attacks a conviction which occurred in a Parish and Judicial District located within the geographical jurisdiction of the United States District Court for the Middle District of Louisiana, venue is proper there. Therefore, in accordance with the provisions of 28 U.S.C. §2241(d);

**IT IS ORDERED THAT** the petition for writ of *habeas corpus* is hereby **TRANSFERRED** to the United States District Court for the Middle District of Louisiana

Signed at Lafayette, Louisiana, on November 16, 2009.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)